UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SEALED SEARCH WARRANTS, JUSTIN SMITH. | NOS 4:16-MJ-409-1, 4:16-MJ-555-1<br>and 4:16-MJ-556-1 |

### UNOPPOSED MOTION FOR ACCESS TO GOVERNMENT'S RESPONSE

COMES NOW, SETH KRETZER, court-appointed Receiver over JP GP, LLC, and files this Unopposed Motion for Access to Government's Response (Doc. No. 40):

The Government responded to the Receiver's Rule 41(g) motion at Doc. No. 40. This response is under seal. Receiver moves this Court to allow the undersigned access to the response brief because otherwise it is not practicable for a reply brief to be authored.

                      Respectfully submitted,

                      */s/ Seth Kretzer*

                      LAW OFFICE OF SETH KRETZER
                      440 Louisiana Street; Suite 1440
                      Houston, TX 77002
                      DIRECT: 713/775-3050
                      FAX: 713/929-2019
                      seth@kretzerfirm.com
                      COURT-APPOINTED RECEIVER

**CERTIFICATE OF CONFERENCE**

I certify that on June 5, 2017, I conferred with AUSA Martin who is unopposed.

_____
Seth Kretzer

**CERTIFICATE OF SERVICE**

I certify that this document was filed on the ECF System on June 5, 2017.

_____
Seth Kretzer

2