# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
| v. | NOS 4:16-MJ-409-1, 4:16-MJ-555-1 and 4:16-MJ-556-1 |
| SEALED SEARCH WARRANTS, JUSTIN SMITH. | |

## **ORDER**

The Receiver's request for access to the Government's response brief is **GRANTED.**

The Government shall email a copy of its brief (Doc. No. 40) to Mr. Kretzer within one (1) day of entry of this Order.

SIGNED this _____ day of June, 2017.

_____
Judge Presiding