UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THREE SEALED SEARCH WARRANTS | § § § § § § § § § | CASE NO. 4:16-MJ-409 |

## ORDER

Movant Seth Kretzer's Unopposed Motion for Access to Government's Response, ECF No. 42, is **GRANTED**.

The Court hereby **ORDERS** the Government to email a copy of its Response to Motion for Return of Seized Property, ECF No. 40, to Seth Kretzer by 1:00 p.m. today, June 15, 2017.

The Court further **ORDERS** the parties to confer and to notify the Court by 5:00 p.m. today whether (i) they have reached a resolution of this matter or (ii) Movant's Opposed Motion for Return of Seized Property, ECF No. 39, still requires action by the Court. In the latter case, Seth Kretzer shall advise the Court whether he intends to file a reply to the Government's response to his motion.

Signed on June 15, 2017, at Houston, Texas.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**