United States District Court
Southern District of Texas
**ENTERED**
December 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In the Matter of Three Sealed Search Warrants | § § § § § § | Criminal Action H-16-MJ-409<br><br>Consolidated with:<br><br>Criminal Action H-16-MJ-555 and<br>Criminal Action H-16-MJ-556 |

**Order**

An oral hearing will be held regarding whether the search warrant affidavits should remain sealed on January 9, 2018 at 11:00 a.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on December 15, 2017.

_____
Gray H. Miller
United States District Judge