UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THREE SEALED SEARCH WARRANTS | CASE NO.   H 16-409 M<br><br>Consolidated with:<br>     H 16-555 M<br>     H 16-556 M |

**UNITED STATES' UNOPPOSED MOTION TO UNSEAL HEARING FOR PURPOSES OF TRANSCRIPTION**

The United States of America, by and through its undersigned attorneys, respectfully moves this Honorable Court to enter an order unsealing the hearing held on January 9, 2018 for the limited purpose of transcription. The United States is not asking the Court to unseal the hearing for viewing by the public, but only for transcription.

The undersigned contacted the defendant's attorney, who stated that he is unopposed to this motion as long as he can have access to a copy of the transcript as well.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

/s/ Justin R. Martin_____
Justin R. Martin
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9000

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, which was filed electronically, has been delivered automatically to the attorney for Justin Smith by the ECF system.

/s/ Justin R. Martin
Justin R. Martin
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THREE SEALED SEARCH WARRANTS | CASE NO.   H 16-409 M<br><br>Consolidated with:<br>    H 16-555 M<br>    H 16-556 M |

## ORDER

Pending before the Court is the United States' Unopposed Motion to Unseal the January 9, 2018 Hearing for the Purpose of Transcription.  Having considered the motion,

IT IS HEREBY ORDERED that the Motion is granted.  The hearing held on January 9, 2018 is unsealed for the limited purpose of transcription. Otherwise, the hearing and the transcript shall remain sealed.

_____
Gray H. Miller
United States District Judge