United States District Court
Southern District of Texas
**ENTERED**
January 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THREE SEALED SEARCH WARRANTS | CASE NO.   H 16-409 M<br><br>Consolidated with:<br>   H 16-555 M<br>   H 16-556 M |

### ORDER

Pending before the Court is the United States' Unopposed Motion to Unseal the January 9, 2018 Hearing for the Purpose of Transcription. Having considered the motion,

IT IS HEREBY ORDERED that the Motion is granted. The hearing held on January 9, 2018 is unsealed for the limited purpose of transcription. Otherwise, the hearing and the transcript shall remain sealed.

January 19, 2018

Gray H. Miller
United States District Judge