UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THREE SEALED SEARCH WARRANTS | CASE NO.  H 16-409 M  <br><br>Consolidated with: <br>   H 16-555 M <br>   H 16-556 M |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, the United States of America, in the above named case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order signed on January 12, 2018.

 

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

/s/ Justin R. Martin_____
Justin R. Martin
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9000

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, which was filed electronically, has been delivered automatically to the attorney for Justin Smith by the ECF system.

/s/ Justin R. Martin
Justin R. Martin
Assistant United States Attorney